**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ESTATE OF MARTIN KRUPKIN,

    Plaintiff,

v.                                      Case No.  8:09-cv-2300-T-30TBM

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER OF DISMISSAL**

       THIS CAUSE comes before the Court on Defendant's Consent Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #12).  Upon review and consideration, it is

       **ORDERED AND ADJUDGED** as follows:

       1.    Defendant's Consent Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #12) is GRANTED.

       2.    This cause is dismissed with prejudice as to seeking relief in United States District Court, but dismissed without prejudice as to seeking other applicable relief.

       3.    All pending motions are denied as moot.

       4.    The Clerk is directed to close this case.

       **DONE** and **ORDERED** in Tampa, Florida on August 4, 2010.

                                                             *[signature]*
                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record